COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-375-CV

OLD REPUBLIC SURETY COMPANY 
APPELLANT

V.

AUTOMOTIVE FINANCE APPELLEE

CORPORATION AS 
SUCCESSOR

IN INTEREST TO GREG GIBSON 

 
 

----------

FROM COUNTY COURT AT LAW NO. 2 COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Notice Of Dismissal Of Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D: WALKER, J.; CAYCE, C.J.; and MCCOY, J.  

DELIVERED:  January 4, 2007 

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.